| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>MEGHANN A. TRIPLETT (SBN 268005)<br>Meghann@MarguliesFaithLaw.com<br>SAMUEL M. BOYAMIAN (SBN 316877)<br>Samuel@MarguliesFaithLaw.com<br>MARGULIES FAITH LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiff, Jeremy W. Faith, Ch11 Plan Fiduciary* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br>NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC.,<br><br><div align="right">Debtor(s).</div> | CASE NO.: 1:22-bk-11181-MB<br>ADVERSARY NO.: 1:24-ap-01055-MB<br>CHAPTER: 11 |
|---|---|
| JEREMY W. FAITH, Chapter 11 Plan Fiduciary,<br><br><div align="right">Plaintiff(s).</div><br>vs.<br>JEAN PIERRE BOMMEL, an individual; ARNOLD P. PETER, an individual d/b/a PETER LAW GROUP, and DOES 1-50, Inclusive,<br><div align="right">Defendant(s).</div> | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: 04/16/2025<br>TIME: 1:30 p.m.<br>COURTROOM: 303<br>ADDRESS: United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE**:

| | | |
|---|---|---|
| 1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. Have counsel met and conferred in compliance with LBR 7026-1? | ☒ Yes | ☐ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 1     F 7016-1.STATUS.REPORT

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):

    The extended deadline for Defendants to file and serve a written response to the Complaint was 2/28/2025. To date, Defendant Peter has not filed a response to the Complaint.

    See Section G Below.

B. **READINESS FOR TRIAL**:

   1. When will you be ready for trial in this case?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | April 2026 | January 2026. |

   2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | Plaintiff intends to move for leave to file a First Amended Complaint; unresolved D&O Insurance Coverage issues | Plaintiff advises it intends to amend the complaint. Defendant also intends to continue settlement discussions. |

   3. When do you expect to complete <u>your</u> discovery efforts?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | January 2026 | October 2025. |

   4. What additional discovery do you require to prepare for trial?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | written discovery and depositions | Some written discovery; potential depositions. |

C. **TRIAL TIME**:

   1. What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | unknown. | Approximately 1-2 days. |

   2. How many witnesses do you intend to call at trial (*including opposing parties*)?

      | <u>Plaintiff</u> | <u>Defendant</u> |
      |---|---|
      | unknown. | Unknown at this time. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| unknown | Unknown at this time. |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| unknown | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (*date*) 12/01/2025 | (*date*) 01/01/2026 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

   Defendant Bomell made a settlement offer, which is under consideration pending resolution of the insurance coverage dispute. Defendant is hopeful the matter can be settled and would be open to mediation at a later date, after Plaintiff resolves whether or not there is insurance coverage for certain of the claims.

2. Has this dispute been formally mediated?    ☐ Yes   ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 3                    **F 7016-1.STATUS.REPORT**

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (*Use additional page if necessary*)

Plaintiff demanded coverage with Navigators Insurance Company ("Navigators") for the claims asserted in the Complaint. Navigators denied coverage on February 14, 2025. Plaintiff contests the denial and is preparing a supplemental response regarding coverage and is consulting with an insurance expert on the coverage issues.

Plaintiff has issued a formal demand to Defendants for turnover of the entire prepetition case/client file for NATPE, covering the period from January 1, 2017 through October 11, 2022, including documents withheld in discovery during the bankruptcy on the grounds of privilege. Upon receipt and review of additional documentation, Plaintiff intends to file a first amended complaint, to include additional factual allegations regarding NATPE's financial decline; further breaches of fiduciary duty, NATPE's attempts to increase D&O Insurance coverage in 2022; Defendant Peter's role as NATPE's in-house counsel.

Defendant does not mind setting deadlines relatively far in the future, but suggests it might be appropriate to set a further status conference as well in 60 to 90 days to check on the progress of insurance coverage.

Respectfully submitted,

| | |
|---|---|
| Date: 04/02/2025 | Date: 04/02/2025 |
| MARGULIES FAITH, LLP | SHULMAN BASTIAN FRIEDMAN & BUI LLP |
| Printed name of law firm | Printed name of law firm |
| /s/ Meghann A. Triplett | *[signature]* |
| Signature | Signature |
| MEGHANN A. TRIPLETT | Melissa Davis Lowe |
| Printed name | Printed name |
| Attorney for: Plaintiff Jeremy W. Faith | Attorney for: Defendant Jean Pierre Bommel |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    F 7016-1.STATUS.REPORT

# JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Arnold P. Peter, APC, dba Peter Law Group (erroneously sued as Arnold P. Peter

☐ Plaintiff   ☒ Defendant   Other (*specify*):_____

## B. READINESS FOR TRIAL:

1. When will you be ready for trial in this case?
   March 2026

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.
   Plaintiff advises it intends to amend the complaint and Defendant cannot anticipate what additional claims Plaintiff intends to assert.

3. When do you expect to complete your discovery efforts?
   December 2025

4. What additional discovery do you require to prepare for trial?
   Requests for Admissions, Requests for Production, Interrogatories, Depositions. To avoid duplication of effort these cannot be initiated until the amended complaint is filed .

## C. TRIAL TIME:

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?
   Approximately 2-3 days.

2. How many witnesses do you intend to call at trial (*including opposing parties*)?
   Unknown at this time.

3. How many exhibits do you anticipate using at trial?
   Unknown at this time.

## D. PRETRIAL CONFERENCE:

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference   ☒ is   ☐ is not   requested.
Reasons:_____
_____
_____

Pretrial conference should be set after (*date*): 01/01/2026

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                      F 7016-1.STATUS.REPORT.ATTACH

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    Co-Defendant Bommel has made a settlement proposal. This Defendant is open to court-supervised or private mediation.

2. Has this dispute been formally mediated?    ☐ Yes  ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?    ☐ Yes  ☒ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do  ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

Defendant agrees with Co-Defendant Bommel that it might be appropriate to set a further status conference as well in 60 to 90 days to check on the progress of insurance coverage, amendment of the complaint and settlement efforts.

PETER LAW GROUP
Printed name of law firm

*/s/ Arnold P. Peter/*
Signature

Arnold P. Peter
Printed name

Attorney for: Arnold P. Peter

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 7016-1.STATUS.REPORT.ATTACH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 2, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Samuel Mushegh Boyamian on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**Melissa Davis Lowe on behalf of Defendant Jean Pierre Bommel, an individual**
mlowe@shulmanbastian.com, avernon@shulmanbastian.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **April 2, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24).

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 2, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL:**
Arnold D. Peter, PETER LAW GROUP, – apeter@peterlawgroup.com
Lauren Friend McKelvey, Reitler Kailas & Rosenblatt LLP – lmckelvey@reitlerlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 2, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 **F 9013-3.1.PROOF.SERVICE**