| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| MEGHANN A. TRIPLETT (SBN 268005)<br>Meghann@MarguliesFaithLaw.com<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino, California 91436<br>Telephone: (818) 705-2777<br>Facsimile:  (818) 705-3777<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Jeremy W. Faith, Ch11 Plan Fiduciary | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  SAN FERNANDO VALLEY DIVISION**

| In re:<br>NATIONAL ASSOCIATION OF TELEVISION PROGRAM EXECUTIVES, INC.,<br><br>Debtor(s). | CASE NO.:    1:22-bk-11181-MB<br>ADVERSARY NO.: 1:24-ap-01055-MB<br>CHAPTER:    11 |
|---|---|
| JEREMY W. FAITH, Chapter 11 Plan Fiduciary,<br><br>Plaintiff(s).<br>vs.<br>JEAN PIERRE BOMMEL, an individual; ARNOLD P. PETER, an individual d/b/a PETER LAW GROUP, and DOES 1-50, Inclusive,<br><br>Defendant(s). | **JOINT STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE:    10/23/2025<br>TIME:    1:30 p.m.<br>COURTROOM:  303<br>ADDRESS:    United States Bankruptcy Court<br>21041 Burbank Boulevard<br>Woodland Hills, CA 91367 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

| | | |
|---|---|---|
| 1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)? | ☒ Yes | ☐ No |
| 2. Have all parties filed and served answers to the Claims Documents? | ☐ Yes | ☒ No |
| 3. Have all motions addressed to the Claims Documents been resolved? | ☐ Yes | ☒ No |
| 4. Have counsel met and conferred in compliance with LBR 7026-1? | ☒ Yes | ☐ No |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*            Page 1            **F 7016-1.STATUS.REPORT**

5.  If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below (*or on attached page*):
    Defendant Bommel filed a response to the Complaint on 03/11/2025. To date, Defendant Peter has not filed a response to the Complaint. See Section G Below.

**B.  <u>READINESS FOR TRIAL</u>:**

1.  When will you be ready for trial in this case?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | See Section G | February 2026. |

2.  If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | See Section G | See Plaintiff's comments below. |

3.  When do you expect to complete <u>your</u> discovery efforts?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | See Section G | January 2026. |

4.  What additional discovery do you require to prepare for trial?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | See Section G | Some written discovery; potentially one deposition. |

**C.  <u>TRIAL TIME</u>:**

1.  What is your estimate of the time required to present <u>your side of the case</u> at trial (*including rebuttal stage if applicable*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | unknown. | 1 day. |

2.  How many witnesses do you intend to call at trial (*including opposing parties*)?

    | <u>Plaintiff</u> | <u>Defendant</u> |
    |---|---|
    | unknown. | Unknown. |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* — Page 2 — **F 7016-1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| unknown | Unknown |

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☒ is ☐ is not requested | Pretrial conference ☒ is ☐ is not requested |
| Reasons: | Reasons: |
| unknown | |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| (date) _____ | (date) 02/01/2026 |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?

    On 2/10/2024, Defendant Bommel conveyed a written settlement offer to Plaintiff. This offer is under consideration pending Plaintiff's review of additional documentation and resolution of the insurance coverage dispute.

2. Has this dispute been formally mediated?    ☐ Yes    ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☒ Yes  ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*     Page 3     **F 7016-1.STATUS.REPORT**

F. **FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☒ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

Plaintiff has been working to obtain additional data and documents from NATPE's directors and officers and former counsel relevant to the Estate's claims to properly prepare the amended complaint. Plaintiff is also exploring certain options with insurance counsel and requires additional time to address the disputed insurance coverage issues which cannot be resolved until after the filing of the First Amended Complaint (FAC). However, these efforts have been delayed due to various disputed turnover issues related to the recovery of NATPE's books and records. A continued turnover hearing concerning NATPE's client file and related records from Peter Law Group is set for 10/21/2025. Plaintiff anticipates having a draft of the FAC completed by 10/23/2025 to circulate to the Defendants for a proposed stipulated agreement for leave to amend. Absent an agreement from Defendants, Plaintiff will file a motion for leave to amend within the next 30-days.

Respectfully submitted,

Date: 10/16/2025

MARGULIES FAITH, LLP
Printed name of law firm

/s/ Meghann A. Triplett
Signature

Meghann A. Triplett
Printed name

Attorney for: Plaintiff, Jeremy W. Faith, Ch11 Plan

Date: 10/17/2025

SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP
Printed name of law firm

[signature: Melissa]
Signature

Melissa Davis Lowe
Printed name

Attorney for: Jean Pierre Bommel

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 4                                F 7016-1.STATUS.REPORT

# JOINT STATUS REPORT – ADDITIONAL PARTY ATTACHMENT

Additional party name: Arnold P. Peter d/b/a Peter Law Group

☐ Plaintiff    ☒ Defendant    Other (*specify*):_____

**B. READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay.

3. When do you expect to complete your discovery efforts?

4. What additional discovery do you require to prepare for trial?

**C. TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (*including rebuttal stage if applicable*)?

2. How many witnesses do you intend to call at trial (*including opposing parties*)?

3. How many exhibits do you anticipate using at trial?

**D. PRETRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pretrial order will be signed by the court. [See LBR 7016-1.] If you believe that a pretrial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

Pretrial conference    ☒ is    ☐ is not    requested.
Reasons:_____
_____

Pretrial conference should be set after (*date*): _____

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 7016-1.STATUS.REPORT.ATTACH**

E. **SETTLEMENT:**

1. What is the status of settlement efforts?

    There have been preliminary settlement discussions, however, Plaintiff is not prepared to engage in substantive settlement efforts until all parties are added to the case and various records can be reviewed.

2. Has this dispute been formally mediated?   ☐ Yes   ☒ No
    If so, when?

3. Do you want this matter sent to mediation at this time?   ☐ Yes   ☒ No

F. **FINAL JUDGMENT/ORDER:**
Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

I ☒ do   ☐ do not consent to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding.

G. **ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary)

Along with the assertions made by co-defendant Jean Pierre Bommel, this Defendant likewise asserts that the claims asserted against it are wholly without merit. Furthermore, this Defendant asserts that the claims and factual allegations set forth in the current operative Complaint were made without probable cause or an adequate pre-filing investigation.

Defendant Peter Law Group ("PLG") notes that the parties remain in an active dispute regarding discovery. PLG has suggested that the parties hold an informal discovery conference with the Court to address these issues; however, the Plan Fiduciary has not yet responded to this proposal. PLG refers the Court to a declaration it intends to file next week, which will set forth the discovery dispute in detail, PLG's proposed resolution, and the potential need for the Court's assistance should the parties be unable to resolve the matter informally. Except as noted above, PLG concurs with the statements contained in the Joint Status Report submitted by JP Bommel.

Peter Law Group
Printed name of law firm

_/s/ Arnold P. Peter_
Signature

Arnold P. Peter
Printed name

Attorney for: Defendant Peter Law Group

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                          Page 2                                          F 7016-1.STATUS.REPORT.ATTACH

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
16030 Ventura Blvd., Suite 470, Encino, CA 91436

A true and correct copy of the foregoing document entitled **JOINT STATUS REPORT [LBR 7016-1(a)(2)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **October 17, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **October 17, 2025**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**: Service on Judge not required per Judge Barash's Procedures re: Serving Judge's Copy of Documents (Rev. 1/8/24).

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **October 17, 2025**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA EMAIL:**
Arnold D. Peter, PETER LAW GROUP – apeter@peterlawgroup.com, aramirez@peterlawgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 17, 2025 | Vicky Castrellon | /s/ Vicky Castrellon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                            F 9013-3.1.PROOF.SERVICE

# ADDITIONAL SERVICE INFORMATION

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**Samuel Mushegh Boyamian on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
samuel@marguliesfaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com

**John-Patrick McGinnis Fritz (TR)**
jpftrustee@lnbyg.com, jpf@trustesolutions.net

**Melissa Davis Lowe on behalf of Defendant Jean Pierre Bommel, an individual**
mlowe@shulmanbastian.com, avernon@shulmanbastian.com

**Jonathan Serrano on behalf of Interested Party Courtesy NEF**
Jonathan@MarguliesFaithLaw.com, vicky@marguliesfaithlaw.com;angela@marguliesfaithlaw.com;amber@marguliesfaithlaw.com

**Meghann A Triplett on behalf of Plaintiff Jeremy W. Faith, Chapter 11 Plan Fiduciary**
Meghann@MarguliesFaithlaw.com, Angela@MarguliesFaithLaw.com;Vicky@MarguliesFaithLaw.com;Amber@MarguliesFaithLaw.com;Drew@MarguliesFaithLaw.com

**United States Trustee (SV)**
ustpregion16.wh.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                              F 9013-3.1.PROOF.SERVICE